IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 16 2010

GREGORY C. LANGHAM
                    CLERK

Civil Action No. 10-cv-01643-BNB

SHANNON SMITH,

    Applicant,

v.

COLORADO DEPARTMENT OF CORRECTIONS, PAROLE DIVISION, by and through
JEANEENE MILLER, Executive Director and Director of Corrections, and
GRAYSON ROBINSON, Sheriff of the County of Arapahoe, State of Colorado,

    Respondents.

---

## ORDER DIRECTING APPLICANT TO FILE AMENDED PLEADING

---

Applicant, Shannon Smith, is a prisoner in the custody of the Arapahoe County Sheriff's Department. Mr. Smith initiated this action by filing, through counsel, an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has paid the $5.00 filing fee. For the reasons stated below, Mr. Smith will be ordered to file an amended pleading.

The Court has reviewed the application filed by Mr. Smith and finds that it is deficient. The claims Mr. Smith raises in this action must be asserted pursuant to 28 U.S.C. § 2241 because those claims call into question the execution, and not the validity, of Mr. Smith's sentence and underlying conviction. *See Montez v. McKinna*, 208 F.3d 862, 865 (10th Cir. 2000). More specifically, Mr. Smith claims that he was arrested for a parole violation but has not received a parole hearing within a reasonable time. Mr. Smith will be directed to file an amended pleading on the proper form if he

wishes to pursue his claims challenging the execution of his sentence. In addition, it is not clear that Executive Director Jeaneene Miller is a proper party to this action. Mr. Smith is reminded that the only proper respondent to a habeas corpus action is the applicant's custodian. *See* 28 U.S.C. § 2242; Rules 2(a) and 1(b), Rules Governing Section 2254 Cases in the United States District Courts; *Harris v. Champion*, 51 F.3d 901, 906 (10th Cir. 1995). Accordingly, it is

ORDERED that Mr. Smith file an amended pleading on the proper form **within thirty (30) days from the date of this order.** It is

FURTHER ORDERED that if Mr. Smith fails within the time allowed to file an amended pleading as directed, the action will be dismissed without further notice.

DATED July 16, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01643-BNB

Gary D. Fielder
Attorney at Law
**DELIVERED ELECTRONICALLY**


I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/16/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk